IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>1200 K Street N.W.<br>Washington, D.C. 20005-4026<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>2011 CORPORATION<br>　as Plan Administrator<br>　of the 2011 Corporation Defined<br>　Benefit Pension Plan and Trust,<br><br>　　　　Defendant. | Case No. 2:13-CV-5663-CBM (JCx)<br><br>ORDER AND JUDGMENT UPON FAILURE TO SHOW CAUSE WHY THE 2011 CORPORATION DEFINED BENEFIT PLAN AND TRUST SHOULD NOT BE TERMINATED<br><br>Hon. Consuelo B. Marshall |

On August 6, 2013, the Pension Benefit Guaranty Corporation ("PBGC") filed a complaint against Defendant, 2011 Corporation, seeking a judgment and order: (a) terminating the 2011 Corporation Defined Benefit Pension Plan and Trust (also known as the 2011 Corporation Defined Benefit Pension Plan, the "Pension Plan" or the "Plan"); (b) appointing PBGC as the Plan's statutory trustee; and (c) establishing August 5, 2013, as the Plan's termination date. On August 20, 2013, this Court issued an Order to Show Cause why such relief should not be granted ("OSC").

This Court finds that PBGC properly and timely served 2011 Corporation with the complaint, OSC, and the memorandum and declaration in support of PBGC's Ex Parte Application for an Order to Show Cause, as required by the terms of the OSC, and that 2011 Corporation has not shown sufficient cause why the relief requested by PBGC should not be granted.

Thus, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Pension Plan is terminated pursuant to 29 U.S.C. § 1342(c);

2. PBGC is appointed as statutory trustee of the Pension Plan pursuant to 29 U.S.C. § 1342(c);

3. The termination date of the Pension Plan is established as August 5, 2013, pursuant to 29 U.S.C. § 1348(a)(4); and

4. Defendant 2011 Corporation, its agents, and any other person or entity having possession, custody or control of any of the records, assets, property, and documents relating to the Pension Plan shall transfer, convey and deliver all such records, assets, property and documents to PBGC as statutory trustee upon request under 29 U.S.C. § 1342(d)(1).

Dated: 9/4/2013

Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

**Presented by:**
ISRAEL GOLDOWITZ, Chief Counsel
KAREN L. MORRIS, Deputy Chief Counsel
KARTAR S. KHALSA, Assistant Chief Counsel
ERIN C. KIM, Attorney (CBN 273710)

1. PENSION BENEFIT GUARANTY CORPORATION
   Office of the Chief Counsel
2. 
3. ANDRÉ BIROTTE JR.
   United States Attorney
   Kristen M. Lee (CBN 239464)
4. Assistant United States Attorney
5. */s/ Erin C. Kim*
   ERIN C. KIM
6. Attorney, Office of the Chief Counsel
   Attorneys for Plaintiff Pension Benefit Guaranty Corporation
7. 
8. 
...
28.